IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS URIAS,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS<br><br><br><br>Case No. 2:12-CR-25 TS |

Defendant Jesus Urias filed a Motion to Suppress on March 12, 2012. The Motion to Suppress was referred to Magistrate Judge Robert T. Braithwaite pursuant to 28 U.S.C. § 636(b)(1)(B), who issued a Report and Recommendation on December 7, 2012, recommending that the Motion to Suppress be denied. Objections to the Report and Recommendation were due by December 21, 2012. Neither party has filed an objection.

Having considered the Report and Recommendation, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 40) is ADOPTED IN FULL. It is further

ORDERED that Defendant's Motion to Suppress (Docket No. 17) is DENIED. It is further

ORDERED that the time from the filing of the Motions to Suppress—March 12, 2012—through the date of this Order is excluded from the computation of the Speedy Trial Act time pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

The parties are directed to contact the Magistrate Judge within fourteen (14) days to set this matter for further proceedings.

DATED   December 27, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge